IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

IRENE MOREY,

      Plaintiff,

-vs-                                    CASE NO. 4:11-CV-5065 (CDL)

MENTOR WORLDWIDE, LLC,

      Defendant.

---

## **VERDICT FORM**

We, the Jury in the above-entitled action, make these answers to the following questions:

1. Did Plaintiff Irene Morey prove by a preponderance of the evidence that Defendant Mentor Worldwide LLC was negligent with respect to the ObTape used in her implantation surgery?

                Answer Yes or No   __NO__

   *IF YOU ANSWERED "YES" TO QUESTION 1, GO TO QUESTION 2. IF YOU ANSWERED "NO" TO QUESTION 1, STOP. SIGN AND DATE THIS VERDICT FORM.*

2. Did Plaintiff Irene Morey prove by a preponderance of the evidence that Defendant Mentor Worldwide LLC's negligence was a direct cause of her injuries?

                Answer Yes or No   _____

   *IF YOU ANSWERED "YES" TO QUESTION 2, GO TO QUESTION 3. IF YOU ANSWERED "NO" TO QUESTION 2, STOP. SIGN AND DATE THIS VERDICT FORM.*

3. What amount of money has Plaintiff Irene Morey proved by a preponderance of the evidence will fairly and adequately compensate her?

$_____

*IF YOU AWARDED DAMAGES IN RESPONSE TO QUESTION 3, GO TO QUESTION 4. IF YOU DID NOT AWARD DAMAGES IN RESPONSE TO QUESTION 3, STOP. SIGN AND DATE THIS VERDICT FORM.*


4. Did Plaintiff Irene Morey prove by clear and convincing evidence that Defendant Mentor Worldwide LLC acted with deliberate disregard for the rights or safety of others?

Answer Yes or No _____

*IF YOU ANSWERED "YES" TO QUESTION 4, GO TO QUESTION 5. IF YOU ANSWERED "NO" TO QUESTION 4, STOP. SIGN AND DATE THIS VERDICT FORM.*

5. What amount of money will serve to punish Defendant Mentor Worldwide LLC and discourage others from behaving in a similar way?

$_____


Dated: 6/17/13


Jury Foreperson: _____

2